IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOSE BEZAREZ, | § | |
| | § | No. 277, 2014 |
| Defendant Below-Appellant, | § | |
| | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for New Castle County |
| | § | Cr. ID 0702002298 |
| Plaintiff Below-Appellee. | § | |
| | § | |

Submitted: October 9, 2014
Decided: December 1, 2014

Before **STRINE**, Chief Justice, **RIDGELY**, and **VALIHURA**, Justices

## **O R D E R**

This 1st day of December 2014, after careful consideration of appellant's opening brief, the State's motion to affirm, and the record, we find it manifest that the Superior Court's judgment should be affirmed on the basis of its well-reasoned decision dated May 12, 2014. The Superior Court did not err in concluding that appellant's second motion for postconviction relief following his no contest plea was procedurally barred and that appellant had failed to overcome the procedural hurdles.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice